IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## ORDER OF REFERENCE OF BANKRUPTCY CASES AND PROCEEDINGS NUNC PRO TUNC

Pursuant to Section 104 of the Bankruptcy Amendments and Federal Judgeship Act of 1984, 28 U.S.C. Section 157, it is hereby

ORDERED nunc pro tunc as of October 16, 1984 that any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 which were pending in the Bankruptcy Court of the Western District of Pennsylvania on October 16, 1984, which have been filed in this district since that date and which may be filed herein hereafter (except those cases and proceedings now pending on appeal) be and they hereby are referred to the Bankruptcy Judges of this district for consideration and resolution consistent with law.

It is further ORDERED that the Bankruptcy Judges for the Western District of Pennsylvania be, and they hereby are, directed to exercise the authority and responsibilities conferred upon them as Bankruptcy Judges by the Bankruptcy Amendments and Federal Judgeship Act of 1984 and this court's order of reference, as to all cases and proceedings covered by this order from and after October 16, 1984.

In accordance with 28 U.S.C. Section 157(b)(5), it is further ORDERED that all personal injury tort and wrongful death claims arising in or related to a case under Title 11 pending in this court shall be tried in, or as determined by, this court and shall not be referred by this order.

So ORDERED this the _16th_ day of _Oct._, 1984.

_____    _____
ROBERT L. TEITELBAUM, C.J.   GUSTAVE DIAMOND, D.J.

_____    _____
GERALD J. WEBER, D.J.        DONALD E. ZIEGLER, D.J.

_____    _____
BARRON P. McCUNE, D.J.       ALAN N. BLOCH, D.J.

_____    _____
MAURICE B. COHILL, JR., D.J. GLENN E. MENCER, D.J.

_____    _____
PAUL A. SIMMONS, D.J.        CAROL LOS MANSMANN, D.J.